UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA BOUDREAU, ALEX GRAY, ANY BOBBY NEGRON ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY MANAGEMENT AND TRUST COMPANY, FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY, INC., AND FIDELITY MANAGEMENT AND RESEARCH COMPANY,<br><br>Defendants. | Civil Action No. 13-10524-DJC |

**LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS FIDELITY MANAGEMENT AND TRUST COMPANY, FIDELITY INVESTMENTS INSTITUATIONAL OPERATIONS COMPANY, AND FIDELITY MANAGEMENT AND RESEARCH COMPANY**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, Defendant Fidelity Management and Trust Company ("FMTC"), by and through its attorneys Goodwin Procter LLP, states that its parent corporation is FMR LLC.  FMR LLC is not publicly held, and there is no publicly held corporation that owns 10% or more of FMTC.

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, Defendant Fidelity Investments Institutional Operations Company, Inc. ("FIIOC"), by and through its attorneys Goodwin Procter LLP,  states that its parent corporation is FMR LLC.  FMR LLC is not publicly held, and there is no publicly held corporation that owns 10% or more of FIIOC.

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, Defendant Fidelity Management and Research Company ("FMRC"), by and through its attorneys Goodwin Procter LLP, states that its parent corporation is FMR LLC.  FMR LLC is not publicly held, and there is no publicly held corporation that owns 10% or more of FMRC.

Dated:  April 8, 2013

Respectfully Submitted,

FIDELITY MANAGEMENT AND TRUST COMPANY, FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY, INC., AND FIDELITY MANAGEMENT AND RESEARCH COMPANY,

By their attorneys,

/s/ Joseph F. Savage, Jr.
Joseph F. Savage, Jr. (BBO # 443030)
Alison V. Douglass (BBO # 646861)
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
T: 617-570-1000
F: 617-523-1231
jsavage@goodwinprocter.com
adouglass@goodwinprocter.com

**CERTIFICATE OF SERVICE**

I, Joseph F. Savage, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 8, 2013.

/s/ Joseph F. Savage, Jr.